IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| MICHAEL WAYNE WARREN, | § | |
|---|---|---|
| TDCJ No. 2247222, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:21-cv-787-M-BN |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

**ORDER WITHDRAWING FINDINGS, CONCLUSIONS, AND RECOMMENDATION AND TERMINATING MOTIONS AS MOOT**

Petitioner Michael Wayne Warren, a Texas prisoner, is currently incarcerated for his 2019 Johnson County conviction for assault/family violence enhanced by a prior conviction. *See* Dkt. No. 3 at 2-3. Proceeding *pro se*, he now seeks habeas relief under 28 U.S.C. § 2254. *See generally id.* And Chief Judge Barbara M. G. Lynn referred Warren's habeas application to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference.

On May 25, 2021, the undersigned recommended that the habeas action be dismissed without prejudice under Federal Rules of Civil Procedure 41(b) unless Warren pays the filing fee within a reasonable time [Dkt. No. 14] (the FCR). Because Warren has paid the filing fee, the Court WITHDRAWS the FCR and TERMINATES AS MOOT Warren's motions for leave to proceed *in forma pauperis* [Dkt. Nos. 4 & 13].

The Court will enter a separate order regarding service of Warren's habeas

petition.

SO ORDERED.

DATED: June 18, 2021

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE